**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                        Case No. 03-CR-80709-BC

ERIC JERMAINE COMPTON,

       Defendant.

_____/

**ORDER HOLDING MATTER IN ABEYANCE AND
DIRECTING SUBMISSION OF AN UPDATED REPORT**

The matter is before the court on the stipulation of both parties that Defendant

Eric Jermaine Compton is eligible for a possible reduction of sentence pursuant to 18

U.S.C. § 3582(c)(2).  Based upon the stipulation, the court has calculated that

Defendant's earliest *possible* release date is not until the spring of 2011.  The court has

determined  that it should address those cases involving defendants with earlier

possible release dates before reaching defendants whose potential release dates are in

2010 or later.  This determination is primarily based on considerations of judicial

economy but will also allow the court to consider Defendant's future conduct when the

matter is ready for review.  Accordingly,

IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of

the court.  IT IS FURTHER ORDERED that the probation department is DIRECTED to

prepare and submit an updated § 1.B1.10 Report on **November 18, 2010.**

                    s/Robert H. Cleland
                   ROBERT H. CLELAND
                   UNITED STATES DISTRICT JUDGE

Dated:  February 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 9, 2009, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522